UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ISAIAS RODRIGUEZ,<br><br>               Plaintiff,<br>v.<br><br>CITY OF BRIDGEPORT<br><br>               Defendants. | 3:14-cv-01918 (CSH)<br><br>March 14, 2016. |

## RULING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

HAIGHT, Senior District Judge:

     Plaintiff Isaias Rodriguez brought suit under Title VII of the Civil Rights Act of 1964 and under Connecticut law for discrimination at his workplace, the Fire Department of the City of Bridgeport. Plaintiff, who is Hispanic, alleges that he was given a less favorable work assignment with fewer overtime opportunities after another firefighter began spreading rumors about him and threatened to punch him in the face. The other firefighter, who is Caucasian, was also transferred, but to a less demanding firehouse with more overtime opportunities. Plaintiff also alleges several other instances of retaliation based on his allegations of discrimination and corruption within the Bridgeport Fire Department, including being denied a promotion to Lieutenant.

     Plaintiff moves to amend his complaint. This amendment requires him to get either the opposing party's written consent, or the court's leave. Fed. R. Civ. P. 15(a)(2). Plaintiff's motion is unopposed. Additionally, his proposed amended complaint adds facts related to further exhaustion of administrative remedies. Because Federal Rule of Civil Procedure 15(a)(2) requires the Court to "freely give leave [to amend] when justice so requires," the Court will grant the Plaintiff leave to amend his complaint.

For the reasons stated above, Plaintiff's [Doc. 11] Motion For Leave to Amend Complaint is GRANTED. Plaintiff is directed to file his amended complaint within 30 days of this ruling.

It is SO ORDERED.

Dated: New Haven, Connecticut
       March 14, 2016

*/s/ Charles S. Haight, Jr.*
CHARLES S. HAIGHT, JR.
Senior United States District Judge